# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 23, 2022

To: Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 22-2943 | THOMAS DUANE TRACY,<br>  Plaintiff - Appellant<br><br>v.<br><br>WEXFORD OF INDIANA, LLC, et al.,<br>  Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:20-cv-00496-JPH-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

CHOOSE ONE OF THE FOLLOWING:                    no record to be returned

form name: **c7_Mandate**    (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA C.R. 3(b) FINAL ORDER

December 23, 2022

| | |
|---|---|
| No. 22-2943 | THOMAS DUANE TRACY,<br>    Plaintiff - Appellant<br><br>v.<br><br>WEXFORD OF INDIANA, LLC, et al.,<br>    Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 1:20-cv-00496-JPH-TAB |
| Southern District of Indiana, Indianapolis Division |
| District Judge James P. Hanlon |

The pro se appellant has neither paid the $505.00 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the District Court, as prescribed in *Fed. R. App. P. 24(a)*. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $505.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

form name: **c7_PLRA_3bFinalOrder**     (form ID: **142**)

CERTIFIED COPY
A True Copy
Teste:
Margaret
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit